

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00742-CR

Juan Felix **JIMENEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 23-06-0151-CRA
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED October 22, 2025.

_____
Adrian A. Spears II, Justice